Appeals for the Fifth Circuit denied. *Hayden C. Coving-ton* and *Grover C. Powell* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 877. MORRISON *v.* FOSTER, WARDEN. March 3, 1947. Petition for writ of certiorari to the Court of Appeals of New York denied. Petitioner *pro se. Nathaniel L. Goldstein,* Attorney General of New York, and *Wendell P. Brown,* Solicitor General, for respondent.

No. 894. WOODS *v.* ILLINOIS. March 3, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 939. STERN *v.* COX. March 3, 1947. Petition for writ of certiorari to the Court of Appeals of Tennessee denied. *John S. Ashworth* for petitioner. *Jas. H. Epps, Jr., Robert L. Taylor* and *Wm. E. Miller* for respondent.

No. 997. THOMPSON *v.* NIERSTHEIMER, WARDEN. March 3, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1005. ROSS *v.* RAGEN, WARDEN. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 1006. SAMUELS *v.* RAGEN, WARDEN; and
No. 1007. HARRIS *v.* RAGEN, WARDEN. March 3, 1947.